# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-000280-CV

**Michael J. DeLitta, Appellant**

**v.**

**Nancy Schaefer, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-13-003516, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed a joint motion to abate this appeal pending settlement negotiations. We grant the motion and abate the appeal until December 29, 2015. If the parties have finalized a settlement by that date, they are instructed to file a motion to dismiss in accordance with the settlement agreement. If the parties have not finalized a settlement by that date, they are instructed to file a report informing this Court of the status of the settlement negotiations. All appellate deadlines will be tolled during the period of abatement.

Before Chief Justice Rose, Justices Pemberton and Field

Abated

Filed:  November 3, 2015